# EXHIBIT 1

| | | |
|---|---|---|
| STATE OF INDIANA         ) | | IN THE HAMILTON SUPERIOR COURT |
| )SS: | | |
| COUNTY OF HAMILTON  ) | | CASE NO. |

| | |
|---|---|
| The Phillip Baker Group, LLC      ) | |
| dba  Indiana Gun Club                 ) | |
|                                                      ) | |
|           Plaintiff.                           ) | |
|                                                      ) | |
|       -vs-                                     ) | |
|                                                      ) | |
| Philadelphia Insurance Companies  ) | |
|                                                      ) | |
|                                                      ) | |
|           Defendant.                       ) | |

**PLAINTIFF'S COMPLAINT FOR DAMAGES,
BREACH OF CONTRACT AND BAD FAITH**

COMES NOW the Plaintiff, The Phillip Baker Group, by counsel, Andrew Flittner, and for it's complaint for damages alleges:

1. Plaintiff, Phillip Baker Group is a Hamilton County based Limited Liability Company.

2. Defendant, Philadelphia Insurance Companies, is a foreign corporation engaged in selling insurance in the State of Indiana.

3. Plaintiff purchased a policy of insurance on it's business prior to March 8th 2018.

4. The insurance policy provided business interruption insurance and property insurance.

5. The policy was in full force and effect on March 8th, 2018.

6. On March 8th 2018, a catastrophic fire loss occurred on the premises of Plaintiff's business.

7. As a proximate result of the fire plaintiff lost property and business.

**COUNT I**

**BREACH OF CONTRACT**

8. Plaintiff incorporates by reference the allegations contained in paragraphs one through seven above.

9. Plaintiff purchased insurance that covered the losses sustained from the fire on March 8th 2018.

10. Defendant, Philadelphia Insurance Companies, is liable to Plaintiff under the provisions of the policy.

11. Defendant, Philadelphia Insurance Companies, have wrongfully denied in excess of $50,000 in coverage for both business interruption and property loss and refuses to pay the claim.

12. Defendant, Philadelphia Insurance Companies, by and through its agents and employees failed to pay fully under the provisions of the policy.

## COUNT II

## INSURANCE BAD FAITH

13. Plaintiff incorporates by reference the allegations contained in paragraphs one through twelve above.

14. Implied in the written insurance contract between Plaintiff and Philadelphia Insurance Companies was a covenant of good faith and fair dealing.

15. Defendant, through its agents and employees, has breached the covenant of good faith and fair dealing by engaging in the following unfair claim settlement practices:

   A. Misrepresenting pertinent facts or insurance policy provisions relating to coverage at issue;

   B. Failing to acknowledge and act reasonably promptly upon communications with respect to Plaintiff's claim;

   C. Failing to adopt and implement reasonable standards for the prompt investigation of Plaintiff's claim;

   D. Refusing to pay Plaintiff's claim without conducting a reasonable investigation based upon all available information;

   E. Failing to affirm or deny coverage of Plaintiff's claim within a reasonable time after proof of loss statements were completed;

   F. Not attempting in good faith to effectuate prompt, fair, and equitable settlement of Plaintiff's underinsured claim after liability became reasonably clear; and

16. Plaintiff believes and thereupon alleges that Philadelphia Insurance Companies has an established practice of such bad faith conduct with respect to its own insurance policy holders.

17. Plaintiff believes and thereupon alleges that Philadelphia Insurance Companies, in committing the above referenced acts of bad faith, did so intentionally, maliciously, and with the purpose of denying the insurance policy benefits.

WHEREFORE, Plaintiff, Phillip Baker Group, prays for judgment ordering Defendant, Philadelphia Insurance Companies, to pay Phillip Baker Group's claims for business interruption insurance and property insurance payments benefits under the terms of the policy, for punitive damages against Philadelphia Insurance Companies to punish and make example of its conduct, for the costs of suit incurred herein and for such other relief as the Court may deem just and proper.

Respectfully submitted,

O|F Legal Solutions, LLC

/s/ Andrew M Flittner
Andrew Flittner, # 30616-49

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following counsel of record by first class United States, postage prepaid, this 6th day of May, 2020:

Philadelphia Insurance Companies
P.O. Box 70251
Philadelphia, PA 19176-0251

Philadelphia Insurance Companies
251 N Illinois Street #600
Indianapolis, Indiana 46204

/s/ Andrew M Flittner
Andrew Flittner

O|F Legal Solutions, LLC
PO Box 30095
Indianapolis, Indiana 46230
(317) 662-0070